# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-2963 DMS |
| Plaintiff, | **JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE** |
| v. | |
| CARLA INNES ALVAREZ, | The Honorable Dana M. Sabraw |
| Defendant. | |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  December 17, 2020

Hon. Dana M. Sabraw
United States District Judge